```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 27877
   KAREN K FERGUSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8871

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/13/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE           SECURED           21765.00        2307.08        7467.87
HSBC AUTO FINANCE           UNSECURED          7225.18            .00            .00
AMERICAN GENERAL FINANCE    UNSECURED          2000.00            .00            .00
ARROW FINANCIAL SERVICES    UNSECURED         NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED         NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED         NOT FILED           .00            .00
CB USA INC                  UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC         UNSECURED         11068.65            .00            .00
FREEDMAN ANSELMO & LINDB    NOTICE ONLY       NOT FILED           .00            .00
HSBC NEVADA                 UNSECURED         NOT FILED           .00            .00
SPIEGEL                     UNSECURED         NOT FILED           .00            .00
LVNV FUNDING LLC            UNSECURED         11284.66            .00            .00
CAPITAL ONE                 UNSECURED           258.48            .00            .00
CAPITAL ONE                 UNSECURED           252.64            .00            .00
CAPITAL ONE                 UNSECURED           241.79            .00            .00
ECAST SETTLEMENT CORP       UNSECURED           332.08            .00            .00
US DEPARTMENT OF EDUCATI    UNSECURED              .00            .00            .00
LEGAL HELPERS PC            DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                  TRUSTEE                                            667.05
DEBTOR REFUND               REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               12,442.00

PRIORITY                                       .00
SECURED                                   7,467.87
    INTEREST                              2,307.08
UNSECURED                                      .00
ADMINISTRATIVE                            2,000.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 27877 KAREN K FERGUSON
```

```
TRUSTEE COMPENSATION                                      667.05
DEBTOR REFUND                                                .00
                                  ----------------   ----------------
TOTALS                                  12,442.00         12,442.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 03/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```